PROB 12B
(1/2023)

# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

Name of Offender: Jessie Acosta                               Case Number: 3:16CR348-WKW-13

Name of Sentencing Judicial Officer: The Honorable W. Keith Watkins, U.S. District Judge

Date of Original Sentence: October 26, 2018

Original Offense: Conspiracy to Possess with Intent to Distribute Controlled Substances 21 U.S.C. § 846

Original Sentence: One hundred fifty months followed by five years of supervised release.

Type of Supervision: Supervised Release                    Date Supervision Commences: January 19, 2027

---

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

**You must submit your person, property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer or any law enforcement officer at any time, based upon reasonable suspicion of unlawful conduct or a violation of a condition of supervision, without a search warrant. Failure to submit to a search may be grounds for revocation. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.**

**You must participate in an outpatient substance abuse/alcohol abuse treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program.**

**You must submit to substance abuse/alcohol abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.**

**You must abstain from the use of alcoholic beverages and shall not enter, visit, or be present at those places where alcohol is the chief item of sale.**

**You must not communicate or otherwise interact with any known member of the Santa Cruz Street clique of the Rancho San Pedro gang or any other known member of a criminal gang, without first obtaining the permission of the probation officer.**

**You must participate in a co-payment plan for treatment, testing and/or medication and shall make payment directly to the vendor under contract with the United States Probation Office. Your co-payment will be determined utilizing a Sliding Fee Scale based upon your disposable income.**

The Honorable W. Keith Watkins, U.S. District Judge
August 12, 2025
Page 2

RE:  Acosta, Jessie
    Dkt. # 3:16CR348-WKW-13
    **PROB 12B**

## CAUSE

Jessie Acosta is scheduled to be released from the custody of the Bureau of Prisons on January 19, 2027. Upon his release from custody, Acosta plans to relocate to the Eastern District of California and reside with his fiancé, Maricela Sosa, at 1906 Jim Casebolt Way, Sacramento, California.

On July 30, 2025, a probation officer in the Eastern District of California conducted a home verification and inspection of the proposed residence and Acosta's fiancé confirmed that he is welcome to reside with her upon his release from prison. The probation officer approved the residence and stated that there were no issues of concern. The probation officer in the Eastern District of California advised that although the proposed residence has been approved, they will not accept the case for supervision until the judgement issued in the Middle District of Alabama is modified and the conditions listed above are added. Acosta has agreed to have his conditions of supervision modified and signed the Probation Form 49. It is recommended that Your Honor order the modification of conditions as noted above.

Respectfully submitted,

by   /s/ Marion B. Lightfoot
    United States Probation Officer

Date:  August 12, 2025

Reviewed and approved by:   /s/ Marcus T. Simmons
    Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☐ The Extension of Supervision as noted above.

☒ The Modification of Conditions as noted above.

☐ Other

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

August 14, 2025
Date